UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

U.S. BANK, etc.,

   Plaintiff,

v.            Case No. 1:13-cv-140-MW-GRJ

NG 104 N. MAIN LLC, et al.,

   Defendants.

## NOTICE OF FILING AFFIDAVITS (SHOW CAUSE ORDERS)

Defendants give notice of the filing of the attached affidavits of Simon Singer (Exhibit 1), Seth Lane (Exhibit 2) and John Kenney (Exhibit 3) in response to the Order to Show Cause Why Payments Should Not Be Made During The Pendency of Mortgage Foreclosure. That Order was entered on June 28, 2013 by the state court before defendants removed this action to this Court.

            SMITH HULSEY & BUSEY

            By  /s/ John F. MacLennan
              John F. MacLennan

            Florida Bar Number 206415
            225 Water Street, Suite 1800
            Jacksonville, Florida  32202
            (904) 359-7700
            (904) 359-7708 (facsimile)
            jmaclennan@smithhulsey.com

            Attorneys for Defendants

## Certificate of Service

I certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

s/ John F. MacLennan<br>
Attorney

842131.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

U.S. BANK, NATIONAL )
ASSOCIATION, etc., )
        Plaintiff, )
                                Case No.
v. )
NG 104 N. MAIN LLC, ELCHONON )
SCHWARTZ, and SIMON SINGER, )
       Defendants. )

## AFFIDAVIT OF SIMON SINGER (NO WASTE/PRIOR BREACH)

STATE OF NEW YORK
COUNTY OF NEW YORK

    Before me, the undersigned authority, this day personally appeared Simon Singer, who, being by me first duly sworn, deposes and says:

    1.    I am a managing member of The Nightingale Group LLC, which in turn is the managing member of NG 104 N. Main LLC ("NG"). NG owns the Wells Fargo Tower in downtown Gainesville. I have personal knowledge of the facts in this affidavit.

EXHIBIT 1

## There has been no waste relating to the Tower.

2. U.S. Bank alleges in the complaint (paras. 55 and 70) that NG has allowed the Tower to waste by (i) failing to turn over rents from the Tower after defaulting on the loan, (ii) failing to properly lease the Tower, (iii) failing to properly maintain the roof of the Tower, and (iv) misappropriating rents from the Tower. U.S. Bank alleges in its motion for a receiver (para. 5) that NG is using rents to pay an improper management fee and attorneys to defend this action.

3. NG has not allowed any waste relating to the Tower and has not misappropriated any rents.

4. Attached is NG's income statement for the last twelve months (the information for July 2013 is incomplete because the statement is as of July 24, 2013). As shown by the statement:

    a. NG has had de minimus net income over the last twelve months and therefore no net rents to turn over to U.S. Bank;

    b. NG has not paid any attorney's fees relating to this action from the rents NG collected—the $2,800 in legal expenses shown on the statement relate to a non-paying tenant (U.S. Bank alleges that NG is paying legal fees in defense of this action from the rents);

    c. NG has not paid any management fees since February 2013 and thus had been managing the Tower for free (U.S. Bank alleges that NG has

not made any payments on the note since March 2013 (complaint, page 6, para. 22)).

5. Seth Lane of Front Street, NG's broker, has reported to NG the aggressive efforts he has taken to lease space in the Tower.

6. NG has properly maintained the Tower's roofing system, which NG's roofer reports to have at least five to seven years of remaining useful life.

### U.S. Bank's prior breach

7. In 2011, NG requested that the bank allow NG to use escrow funds to make necessary repairs to the Tower's HVAC system. In November 2011, the bank arbitrarily and capriciously refused to allow the escrowed funds to be used to repair the HVAC system.

8. NG was able to make minor repairs to the HVAC system to keep it running, but eventually NG was forced to expend significant funds to make the necessary major repairs to the HVAC system.

9. The bank's arbitrary and capricious refusal to allow NG to use the escrowed funds to repair the HVAC system negatively impacted NG's ability to make mortgage payments.

Simon Singer

Sworn to and subscribed before me this 25 day of July, 2013 by Simon Singer, who is personally known to me.

_____
Notary Public, State and County Aforesaid

SOPHIA N. TIBERI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TI6278372
Qualified in Richmond County
Commission Expires March 25, 2017

3

Database: NIGHTINGALE
ENTITY: 104NMS   SVCRPL

Income Statement
Nightingale Database
104 North Main Street

Cash

Page: 1
Date: 7/24/2013
Time: 10:59 AM

| | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Rental Income | 45,612 | 76,492 | 63,303 | 89,882 | 73,986 | 40,582 | 38,441 | 61,007 | 52,085 | 52,105 | 43,159 | 52,105 | 688,757 |
| CAM - Real Estate Taxes | 0 | -22,185 | 0 | 0 | 0 | 0 | 2,300 | 0 | 0 | 0 | 0 | 0 | -19,886 |
| CAM - Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CAM- Overhead | 0 | 565 | 565 | 1,130 | 565 | 0 | 565 | 565 | 565 | 0 | 0 | -1,808 | 2,713 |
| Prior Year Overhead | 0 | 0 | 0 | 0 | 0 | -505 | 0 | 0 | 0 | 0 | 0 | -6,781 | -7,286 |
| CAM-Operating Exp | 0 | 12,239 | 12,239 | 24,478 | 12,239 | 0 | 12,239 | 12,239 | 12,239 | 12,804 | 12,804 | 10,109 | 133,627 |
| Prior Year CAM | 0 | 0 | 0 | 0 | 0 | 505 | 0 | 0 | 0 | 0 | 0 | -6,987 | -6,483 |
| Other Income | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 2 | 332 |
| Interest Earned on Accts/Escrows | 17 | 9 | 5 | 5 | 5 | 8 | 3 | 6 | 0 | 0 | 0 | 0 | 57 |
| **EFFECTIVE GROSS INCOME** | 45,659 | 67,150 | 76,141 | 115,524 | 86,825 | 40,620 | 53,578 | 73,846 | 64,919 | 64,938 | 55,992 | 46,638 | 791,832 |
| **EXPENSES** | | | | | | | | | | | | | |
| Utilities - Electricity | 15,305 | 15,645 | 13,296 | 13,390 | 13,597 | 12,654 | 13,756 | 11,705 | 11,259 | 12,379 | 12,188 | 0 | 145,174 |
| Utilities - Telephone | 147 | 146 | 146 | 146 | 146 | 146 | 186 | 171 | 171 | 538 | 286 | 286 | 2,516 |
| Utilities - Gas | 559 | 57 | 51 | 788 | 3,099 | 1,283 | 1,192 | 1,680 | 1,620 | 1,387 | 599 | 0 | 12,316 |
| Utilities - Water & Sewer | 728 | 752 | 811 | 710 | 786 | 940 | 863 | 1,066 | 915 | 1,021 | 914 | 0 | 9,507 |
| System Chemical Treatment | 0 | 0 | 0 | 0 | 869 | 0 | 0 | 0 | 0 | 0 | 175 | 0 | 1,044 |
| R&M Window Cleaning | 0 | 0 | 2,437 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,437 |
| R&M - Elevator | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,037 | 0 | 0 | 0 | 20,073 |
| Elevator Contract | 0 | 80 | 2,386 | 0 | 80 | 2,458 | 0 | 0 | 2,458 | 0 | 80 | 0 | 7,540 |
| Exterior Landscape Maint | 2,450 | 0 | 0 | 1,800 | 600 | 600 | 0 | 1,290 | 600 | 600 | 0 | 0 | 7,940 |
| R&M - Electrical | 0 | 0 | 0 | 0 | 0 | 0 | 396 | 0 | 0 | 475 | 381 | 0 | 1,252 |
| Electrical Supplies | 0 | 0 | 362 | 0 | 0 | 0 | 1,359 | 0 | 0 | 0 | 0 | 0 | 1,721 |
| R&M - Exterior Electrical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,565 | 1,467 | 0 | 0 | 4,032 |
| R&M - Painting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M Signage | 0 | 0 | 0 | 0 | 0 | 0 | 659 | 0 | 320 | 0 | 160 | 0 | 1,139 |
| R&M - Roof Repairs | 2,035 | 0 | 0 | 0 | 0 | 0 | 0 | 669 | 0 | 0 | 0 | 0 | 2,704 |
| R&M - Locks and Keys | 0 | 1,062 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 923 | 0 | 1,984 |
| R&M - Fire System | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,280 | 0 | 0 | 2,280 |
| Rubbish Removal | 0 | 726 | 0 | 363 | 0 | 382 | 761 | 378 | 377 | 459 | 451 | 0 | 3,898 |
| R&M - Plumbing | 0 | 0 | 0 | 495 | 0 | 0 | 0 | 0 | 0 | 415 | 0 | 0 | 910 |
| Exterminator - Office | 74 | 74 | 214 | 74 | 0 | 214 | 0 | 0 | 503 | 214 | 76 | 0 | 1,444 |
| Water Treatment Contract | 0 | 0 | 0 | 0 | 175 | 0 | 0 | 175 | 0 | 0 | 0 | 0 | 350 |
| R&M - HVAC Repairs | 450 | 2,155 | 450 | 450 | 6,736 | 2,503 | 6,298 | 524 | 2,586 | 3,220 | 1,344 | 0 | 26,716 |
| HVAC Supplies | 1,278 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 376 | 0 | 1,705 |
| R&M Security Systems | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fire Monitoring | 313 | 86 | 0 | 0 | 86 | 0 | 70 | 0 | 0 | 364 | 86 | 0 | 1,004 |
| Inspections | 0 | 0 | 125 | 125 | 0 | 182 | 500 | 0 | 36 | 0 | 0 | 0 | 968 |
| Uniform Expense | 181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 181 |

Database: NIGHTINGALE  
ENTITY: 104NMS  
SVCRPL

Income Statement  
Nightingale Database  
104 North Main Street

Page: 2  
Date: 7/24/2013  
Time: 10:59 AM

Cash

| | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplies - General | 30 | 92 | 301 | 14 | 0 | 0 | 516 | 0 | 515 | 226 | 0 | 0 | 1,694 |
| Janitorial Supplies | 228 | 458 | 355 | 297 | 206 | 279 | 0 | 642 | 212 | 455 | 201 | 0 | 3,333 |
| Office Expense | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | 40 | 38 | 0 | 108 |
| Cleaning Contract-Office | 2,350 | 2,576 | 2,531 | 6,867 | 2,851 | 300 | 4,942 | 4,096 | 347 | 2,909 | 0 | 0 | 29,770 |
| Bank Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Admin-Prop Mgmt Software | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | 0 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 |
| Postage and Delivery | 1 | 58 | 39 | 65 | 0 | 0 | 15 | 0 | 3 | 34 | 24 | 0 | 239 |
| Equipment Rental Fees | 0 | 286 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 286 |
| Maintenance Salaries | 1,650 | 1,650 | 1,650 | 1,650 | 1,650 | 0 | 3,300 | 1,650 | 0 | 1,650 | 0 | 0 | 14,850 |
| Accounting | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 | 0 | 0 | 0 | 4,000 |
| Travel | 476 | 175 | 0 | 0 | 0 | 0 | 119 | 0 | 120 | 576 | 896 | 0 | 2,362 |
| Real Estate Taxes | 0 | 0 | 0 | 88,879 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 88,879 |
| LLC Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Filing Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance Expense | 0 | 0 | 0 | -3,159 | 19,005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,846 |
| Management Fees | 5,251 | 1,804 | 2,702 | 3,044 | 4,620 | 3,472 | 1,623 | 0 | 0 | 0 | 0 | 0 | 22,516 |
| Legal Expenses-NPT | 0 | 0 | 2,200 | 0 | 0 | 0 | 0 | 0 | 600 | 0 | 0 | 0 | 2,800 |
| Bank Chargs/Late Fees-NPT | 0 | 25 | 99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 124 |
| LLC Fees-NPT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 188 | 99 | 0 | 0 | 287 |
| TOTAL EXPENSES | 33,506 | 27,957 | 30,156 | 116,200 | 54,506 | 25,413 | 36,585 | 24,045 | 39,431 | 30,809 | 29,234 | 286 | 448,128 |
| NET OPERATING INCOME | 12,153 | 39,193 | 45,985 | -676 | 32,319 | 15,207 | 16,993 | 49,801 | 25,487 | 34,129 | 26,759 | 46,353 | 343,704 |
| CAPITAL IMPROVEMENTS | | | | | | | | | | | | | |
| Building Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,000 | 40,000 | 0 | 18,600 | 0 | 83,600 |
| Tenant Improvements | 80,907 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80,907 |
| Furniture Fixtures & Equip | 0 | 0 | 0 | 0 | 0 | 0 | 176 | 0 | 0 | 0 | 0 | 0 | 176 |
| Leasing Commissions | 23,536 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,536 |
| TOTAL CAPITAL IMPROVEMENTS | 104,443 | 0 | 0 | 0 | 0 | 0 | 176 | 25,000 | 40,000 | 0 | 18,600 | 0 | 188,219 |
| NOI AFTER CAPITAL IMPROVEMENTS | -92,290 | 39,193 | 45,985 | -676 | 32,319 | 15,207 | 16,817 | 24,801 | -14,513 | 34,129 | 8,159 | 46,353 | 155,484 |

DEBT SERVICE

Database: NIGHTINGALE
ENTITY: 104NMS
SVCRPL

Income Statement
Nightingale Database
104 North Main Street

Page: 3
Date: 7/24/2013
Time: 10:59 AM

Cash

| | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage Payable | 4,363 | 4,389 | 5,493 | 4,447 | 5,550 | 4,505 | 4,532 | 0 | 0 | 0 | 0 | 0 | 33,279 |
| Mortgage Interest | 33,487 | 33,461 | 32,357 | 33,403 | 32,301 | 33,345 | 33,318 | 0 | 0 | 0 | 0 | 0 | 231,673 |
| Real Estate Tax Escrows | 8,103 | 8,103 | 8,103 | -80,776 | 8,103 | 8,103 | 7,777 | 0 | 0 | 0 | 0 | 0 | -32,484 |
| Insurance Escrows | 1,841 | 1,841 | 1,841 | 5,000 | -17,164 | 1,841 | 1,841 | 0 | 0 | 0 | 0 | 0 | -2,957 |
| TI Reserve Escrow | -96,745 | 2,091 | 2,087 | 2,087 | 2,087 | 2,089 | 2,085 | 4 | 0 | 0 | 0 | 0 | -84,215 |
| Replacement Reserve Escro | -5,181 | 418 | 418 | 418 | 418 | 419 | 417 | 2 | 0 | 0 | 0 | 0 | -2,671 |
| TOTAL DEBT SERVICE | -54,132 | 50,304 | 50,299 | -35,421 | 31,294 | 50,303 | 49,971 | 6 | 0 | 0 | 0 | 0 | 142,625 |
| CASH FLOW AFTER DEBT SERVICE | -38,158 | -11,111 | -4,314 | 34,745 | 1,025 | -35,096 | -33,154 | 24,795 | -14,513 | 34,129 | 8,159 | 46,353 | 12,859 |
| OTHER ADJUSTMENTS | | | | | | | | | | | | | |
| TOTAL ADJUSTMENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CASH FLOW AFTER ADJUSTMENTS | -38,158 | -11,111 | -4,314 | 34,745 | 1,025 | -35,096 | -33,154 | 24,795 | -14,513 | 34,129 | 8,159 | 46,353 | 12,859 |
| UTILITY DEPOSITS | | | | | | | | | | | | | |
| TOTAL UTILITIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CASH FLOW AFTER UTILITY DEPOSITS | -38,158 | -11,111 | -4,314 | 34,745 | 1,025 | -35,096 | -33,154 | 24,795 | -14,513 | 34,129 | 8,159 | 46,353 | 12,859 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

U.S. BANK, etc.,

    Plaintiff,

v.

NG 104 N. MAIN LLC, et al.,

    Defendants.

## SETH LANE'S AFFIDAVIT

STATE OF FLORIDA
COUNTY OF __Alachua__

Before me, the undersigned authority, this day personally appeared Seth Lane, who being by me first duly sworn, deposes and says:

1. I have personal knowledge of the facts in this affidavit.

2. __Frontstreet Commercial Real Estate Group__ is NG 104 N. Main LLC's broker for leasing space in the Wells Fargo Tower in downtown Gainesville. I am the __Leasing Agent__ for __Front Street__.

3. We have aggressively attempted lease space in the Tower. Attached is a report that shows a portion of our recent efforts to lease space in the Tower.

                                                      _/s/ Seth Lane_
                                                         Seth Lane

Sworn to and subscribed before me this __25th__ day of July, 2013 by Seth Lane, who is personally known to me or who produced _____ as identification.

_____
Notary Public, State and County Aforesaid

EVAN D. GEORGE
MY COMMISSION # EE147561
EXPIRES March 04, 2016
(407) 398-0153    FloridaNotaryService.com

**EXHIBIT 2**

## Lead Report Template :

| Company | First Name | Last Name | Description | Lead Status | Lead Source | Most Recent Activity | Decision Timing | Considering other locations? | Primary Location of Interest |
|---|---|---|---|---|---|---|---|---|---|
| Frankel Media Group | Ryan | Frankel | Locally based advertising firm seeking 2nd location in Downtown Gainesville or Innovation Square. | Prospect is Reviewing | Direct Prospecting | 7/11: Set up meeting for week of 7/22  6/20: Toured several spaces. Follow up for timeline and feedback.  6/14: Met with prospect on 6/13 and discussed spaces and size needs. | 2-6 Months | true | IS Existing - Master |
| The Florida Institute for the Commercialization of Public Research | Jamie | Grooms | The Florida Institute for the Commercialization of Public Research is looking to grow out of the HUB and wants private space. Has reoccuring state funding, is looking to expand. | Preliminary needs analysis | Direct Prospecting | 6/14: Reconnect with prospect. 5/8: met at Bio FL event. Verbally committed to leasing space in next 8 - 12 months | 12 Months + | true | IS Infusion Technolgy Center - Master |
| LifeQuest | Danielle | Cornell | 6,000 square foot user in Ayers Plaza. Proactively working on persuading them to move to a different facility. | Attempting to contact prospect | Landlord Referral | 6/6: working with current LL to set up intro meeting. | 3-6 Months | true | 104 N. Main - Master |
| REGUS | Scott | Bell | Executive Office Concept Seeking Location In Gainesville | Contacted | Existing Relationship | Met w/ internal real estate director, Sent information to master broker, followed up 3/29; 4/15; 6/3 | 6-12 Months | true | 104 N. Main - Master |
| LP Research | Read | Hayes | seeking about 2,500 - 3,000 space for security firm that trains retailers. | Contacted | Existing Relationship | 5/30: Toured space, needs floor plans to do layout. Then can get pricing and term options. | Unknown | true | IS Existing - Master |
| encospace | Pete | Carr | Co-work concept seeking ~5,000 square feet in iSquare or Downtown Gainesville | Sent Information | Landlord Referral | 7/18: Followed up via email, expecting his call on 7/22  7/9: Spoke with prospect, will be sending list of possible properties and following up with a tour. | Immediate | true | IS Existing - Master |
| Northwestern Mutual | Rod | Whited | Insurance firm looking for a upgrade in space, need 4000 - 6000 square feet | Prospect is Reviewing | Direct Prospecting | 6/14: Touring new off-market listing on 6/19;  5/6: Decision maker meeting w/ home office in July to finalize plans. Should be actively negotiating afterwards. | 6-12 Months | true | 104 N. Main - Master |
| Monkey Wish | Kristi | Taylor | Just did deal with Evite -need more space. | Contacted | Existing Relationship | 5/8: Strong candidate for moving out of the HUB in early 2014, staying in frequent contact | 2-6 Months | true | IS Existing - Master |
| Study Edge | Chad | Corbitt | Local tech firm specializing in tutoring and educational materials for college students - looking for 4000 - 5000 sf office space for expansion. | Prospect is Reviewing | Direct Prospecting | Toured 7/17 w/ CEO (Ethan). Considering several options. Will follow up next week. | 6-12 Months | true | Firestone Building - Master |
| Notable Solutions | Bill | Zonghetti | Has office user seeking 6,000 sf for Gainesville relocation. Notable Solutions: Purchased Barr Systems and are relocating their office | Reconnect at later date | | | 60 Days | false | 104 N. Main - Master |
| DTZ | Peter | Trivelas | Seeking relocation space - 1,800 - 2,200 sf | Contacted | | | 60 Days | false | University Towne Center - Master |
| Sharp Spring | David | Rountree | Local tech firm looking for 1000 - 1500 sf of office space near downtown Gainesville | Reconnect at later date | | | | false | 104 N. Main - Master |
| One Source Accounting | Stephanie | Travis | seeking space for accounting office and incubator with Mark Ware. | Preliminary needs analysis | | | | false | Firestone Building - Master |
| Bogin, Munns & Munns | Adam | Towers | looking for 2,500 - 2,800 sf in June 2013 | Reconnect at later date | | | 3-6 Months | false | Tioga Town Center - Master |
| GatorTechs.net | Dan | di Fulvio | IT service provider seeking 1,500 square feet with room to grow in Gainesville. Relocating from south florida. | Reconnect at later date | | | | false | 104 N. Main - Master |
| TBA | Shelly | Francis | Computer Training Business seeking ~1300 sf in downtown area | Preliminary needs analysis | | | 60 Days | false | 104 N. Main - Master |
| Clear Carbon Innovations | David | Mazyck | Lead from David Day, has company with lease expiring in May of 2013 | Reconnect at later date | | | 3-6 Months | false | 104 N. Main - Master |

## Lead Report Template :

| Company | First Name | Last Name | Description | Lead Status | Lead Source | Most Recent Activity | Decision Timing | Considering other locations? | Primary Location of Interest |
|---|---|---|---|---|---|---|---|---|---|
| My Executive Center | Andy | Stack | REGUS type concept looking to expand in Gainesville from JAX | Reconnect at later date | Direct Prospecting | Followed up with Andy to schedule a call with their Broker. No Response. Followed up 4/29, 3/26, 2/20. | 12 Months + | true | IS Infusion Technology Center - Master |
| Dubose Law Firm | Mark | Dubose | Seeking 1,300 sf in IS for law firm. 2 lawyers and 4 staff. Need to be in my Mid-March. | Contacted | | | 60 Days | false | 104 N. Main - Master |
| TBD | | Ligman | Local broker representing 6,000 sf office user, national firm based in California. No specifics on name or timing have been shared. | Contacted | | | | false | 104 N. Main - Master |
| TBD | Elizabeth | Deane | Loopnet inquiry for downtown office space | Preliminary needs analysis | Loopnet.com Inquiry | 5/6: Sent package, awaiting feedback. Followed up with phone call. | Unknown | true | IS Existing - Master |
| Advantage Personnel | Kevin | Ross | Employee Leasing firm seeking ~1300 square feet for relocation of Gainesville offices. | Preliminary needs analysis | | | 3-6 Months | false | 104 N. Main - Master |
| Family Counseling | Larry | Green | Seeking 2-3 small offices for a private counseling business. | Dead lead | | | | false | 104 N. Main - Master |
| Marketing Mudd | Scott | Schroeder | Marketing & Publications firm seeking ~2,000 square feet for office relocation. May choose to co-locate with advantage Personnel | Preliminary needs analysis | | | | false | 104 N. Main - Master |
| TBD | Rick | Cain | Office user represented by local broker seeking 6,000 square feet | Prospect is Reviewing | Tenant Broker | 6/18: Toured space and are pursuing other options that are more move-in ready in west gainesville. | Unknown | false | 104 N. Main - Master |
| PeerFIT | Ed | Buckley | Local web-app startup, connect to discuss possible relocation. Current lease (900 sf) expires August 31, 2013 | 2nd attempted contact | | Toured but they renewed in existing space. | 12 Months + | false | IS Existing - Master |
| Pastore Law | Michele | Martin | Law firm seekign 1,300 sf of space in downtown area | 1st attempted contact | | | | false | 104 N. Main - Master |
| Ramsey Law | John | Ramsey | Local attorney relocating office. Needs 1500 - 2500 sf. | Preliminary needs analysis | Direct Prospecting | Prospect Unresponsive.<br>6/20: Followed up<br>5/17: Sent info, followed up 5/28 | Unknown | true | 104 N. Main - Master |
| Vivas Comunicacao | Beto | Vivas | Web Inquiry: I am a Brazilian web entrepreneur and want to open a branch of my company in Gainesville. Im interested to buy an office of approximately 1000 square feet. | Dead lead | | | | false | IS Existing - Master |
| Campus Realty | Manny | Disgdiertt | Local property management and residential brokerage seeking relocation | Preliminary needs analysis | Direct Prospecting | 7/11: Tenant renewed at their current location.<br>5/31: Still considering multiple spaces. Continue follow up. | 60 Days | true | 104 N. Main - Master |
| TBD | Dan | Drotos | Local broker with client needing 1,000 sq in downtown area | Dead lead | Tenant Broker | 7/18: Followed up via email - layout will not work for tenant.<br>7/8: Sent details on 104 N. Main availability. Awaiting feedback | Unknown | true | 104 N. Main - Master |
| Register Patient | Todd | Rainsberger | Medical industry tech firm, register patient is seeking ~5,000 - 6,000 sf. for Gainesville offices. | Reconnect at later date | | | 60 Days | false | 104 N. Main - Master |
| Unknown | John | Adelinis | Local Social Services firm seeking ~2000 sf in Q2 - 13 | Contacted | | | | false | 104 N. Main - Master |

**Total records in this page :33 Records**
Report Generated By : Seth Lane
07/18/2013
Generated On : 10:06 PM

## AFFIDAVIT OF JOHN KENNEY

STATE OF FLORIDA
COUNTY OF ORANGE

Before me, the undersigned authority, this day personally appeared John Kenney, who, being by me first duly sworn, deposes and says:

1. I have personal knowledge of the facts in this affidavit.

2. I am the General Manager for Sutter Roofing Company of Florida, which is one of the oldest and largest roofing and sheet metal contractors in Florida and the U.S.

3. I have been in the roofing business for approximately 33 years.

4. Approximately one week ago, I inspected the upper and lower roofs of the Wells Fargo Tower in downtown Gainesville.

5. The upper roof has another five to seven years of useful life. The lower roof has a longer useful life. Sutter Roofing has performed minor repairs to the roof.

_____
John Kenney

Sworn to and subscribed before me this 25 day of July, 2013 by John Kenney, who is personally known to me.

_____
Notary Public, State and County Aforesaid
842020.1

MICHAEL BLACK
MY COMMISSION # EE 029638
EXPIRES: September 27, 2014
Bonded Thru Notary Public Underwriters

**EXHIBIT 3**